PER CURIAM.

LP-GAS EQUIPMENT CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed September 5, 1973.*

LP-GAS EQUIPMENT CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.